# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, ex. rel.
COMPLIN,

               Plaintiff/Relator,

    v.

                                        C.A. No.  1:09CV420

NORTH CAROLINA BAPTIST
HOSPITAL and CAROLINAS
HEALTHCARE SYSTEM,

               Defendants.

## DECLARATION OF PHILIP J. MOHR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

      I, Philip J. Mohr, pursuant to 28 U.S.C. §1746, declare as follows:

      1.     I am over the age of eighteen (18) and competent to testify as to all matters contained herein.

      2.     I am an attorney with the law firm of Womble, Carlyle, Sandridge & Rice, LLP, counsel for the Defendants.

      3.     Exhibit 1 is a true and accurate copy of the Settlement and Mutual Release Agreement between North Carolina Baptist Hospital and Joseph H. Vincoli.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this the 8th day of April, 2016 in Greensboro, North Carolina.

                                    Philip J. Mohr