# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, COMPLIN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NORTH CAROLINA BAPTIST HOSPITAL and THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM,<br><br>　　Defendants. | Case No. 1:09-CV-420<br><br>**NOTICE OF RATIFICATION BY JOSEPH VINCOLI OF ACTS OF COMPLIN** |

　　Pursuant to Rule 17, Joseph Vincoli provides this notice that he is one and the same person as Complin, the plaintiff and relator in this action, and that he hereby ratifies and confirms any and all actions taken in this proceeding in the name of Complin.

　　This the 22nd day of April, 2016.

　　　　　　　　　　　　　　　　　　/s/ Charles Rabon
　　　　　　　　　　　　　　　　　　Charles Rabon, N.C. Bar No. 16800
　　　　　　　　　　　　　　　　　　**Rabon Law Firm, PLLC**
　　　　　　　　　　　　　　　　　　225 E. Worthington Ave., Suite 100
　　　　　　　　　　　　　　　　　　Charlotte, NC  28203
　　　　　　　　　　　　　　　　　　Telephone: 704-247-3247
　　　　　　　　　　　　　　　　　　Fax:  704-208-4645
　　　　　　　　　　　　　　　　　　crabon@usfraudattorneys.com

　　　　　　　　　　　　　　　　　　**WATERS & KRAUS**
　　　　　　　　　　　　　　　　　　Wm. Paul Lawrence, II,
　　　　　　　　　　　　　　　　　　37163 Mountville Rd.
　　　　　　　　　　　　　　　　　　Middleburg, VA 20117
　　　　　　　　　　　　　　　　　　Telephone: 540/687-6999
　　　　　　　　　　　　　　　　　　Fax:  540-687-5457
　　　　　　　　　　　　　　　　　　plawrence@waterskraus.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR RELATOR

1

## CERTIFICATE OF SERVICE

I, Charles Rabon, hereby certify that on April 22, 2016, I electronically filed the foregoing Notice of Ratification By Joseph Vincoli of Acts of Complin with the Clerk of the Court using the CM/ECF system which will send notification to all registered users of record.

/s/ Charles Rabon_____

2

Case 1:09-cv-00420-WO-LPA    Document 70    Filed 04/22/16    Page 2 of 2