FILED: August 7, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1243
(1:09-cv-00420-WO-LPA)

_____

UNITED STATES OF AMERICA EX REL COMPLIN

       Plaintiff - Appellant

v.

NORTH CAROLINA BAPTIST HOSPITAL; THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a Carolinas HealthCare System

       Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered June 15, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*